DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: dustin@fumolaw.com
Alternative email: Kristine.fumolaw@gmail.com
Attorney for Defendant
JOSE AYALA-FLORES

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-CR-00156-RFB-DJA |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE SENTENCING |
| | ) | |
| JOSE ALFREDO AYALA-FLORES | ) | |
| | ) | (1st Request) |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between JOSE ALFREDO AYALA-FLORES, Defendant, by and through counsel DUSTIN R. MARCELLO, ESQ., and the United States of America, by and through, JACOB OPERSKALSKI, Assistant United States Attorney, that sentencing be continued from July 25, 2023, at 9:30 am, at a time convenient to the court, of August 29, 2023 or after at the convenience of the Court.  The stipulation is as follows:

1.  Mr. Ayala-Flores is currently in custody.

2.  Mr. Ayala-Flores is a Spanish speaker only.

3.  Mr. Ayala-Flores consents to this request and does not object to the request to continue sentencing.

4.  The PSR was obtained by counsel on May 5, 2023

5.  Mr. Flores currently has a pending case out of Federal Court in Los Angeles.

-1-

6. Mr. Flores currently would like to have more time to understand the PSR, sentencing, and the effect of this case on his other pending matter.

7. Mr. Flores had further requested the PSR to be translated to Spanish rather that read to him in Spanish.

8. Counsel has spoken to the Government and the Government has no objection and stipulates to a continuance.

9. This is the first request to continue sentencing.

DATED this 13th day of July 2023

Respectfully submitted.

| | |
|---|---|
| PITARO & FUMO, CHTD. | JASON M. FRIERSON<br>UNITED STATES ATTORNEY |
| /s/ Dustin R. Marcello, Esq.<br>DUSTIN R. MARCELLO, ESQ.<br>601 LAS VEGAS BOULEVARD, SOUTH<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR DEFENDANT<br>JOSE AYALA-FLORES | /s/ Jacob Operskalski , Esq.<br>JACOB OPERSKALSKI, ESQ.<br>ASSISTANT UNITED STATES ATTORNEY<br>501 LAS VEGAS BOULEVARD SOUTH. #1100<br>LAS VEGAS, NEVADA 89101 |

DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: dustin@fumolaw.com
Alternative email: Kristine.fumolaw@gmail.com
Attorney for Defendant
JOSE AYALA-FLORES

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-CR-00156-RFB-DJA |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO CONTINUE SENTENCING** |
| JOSE ALFREDO AYALA-FLORES. | ) | |
| Defendants. | ) | |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Mr. Ayala-Flores is currently in custody.

2. Mr. Ayala-Flores is a Spanish speaker only.

3. Mr. Ayala-Flores consents to this request and does not object to the request to continue sentencing.

4. The PSR was obtained by counsel on May 5, 2023

5. Mr. Flores currently has a pending case out of Federal Court in Los Angeles.

6. Mr. Flores currently would like to have more time to understand the PSR, sentencing, and the effect of this case on his other pending matter.

7. Mr. Flores had further requested the PSR to be translated to Spanish rather that read to him in Spanish.

8. Counsel has spoken to the Government and the Government has no objection and stipulates to a continuance.

9. This is the first request to continue sentencing.

## CONCLUSIONS OF LAW

The end of justice served by granting said continuance of sentencing outweigh the best interest of the public and defendant in a speedy resolution since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

## ORDER

**IT IS ORDERED** that sentencing currently scheduled for July 25, 2023, at the hour of 9:30 a.m., be vacated and continued to **September 14, 2023 at 10:00 a.m.**

DATED this 24th day of July, 2023.



_____
U.S. DISTRICT JUDGE