ENTERED          SERVED ON
COUNSEL/PARTIES OF RECORD

November 3, 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                       DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>JOSE ALFREDO AYALA-FLORES,<br>  aka "Blackie,"<br><br>      Defendant. | 2:20-CR-156-RFB-DJA<br><br>**Final Order of Forfeiture** |

This Court found that Jose Alfredo Ayala-Flores, aka "Blackie," shall pay the in personam criminal forfeiture money judgment of $45,900 under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1); 21 U.S.C. § 853(a)(2); 21 U.S.C. § 853(p); and 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c). Superseding Criminal Information, ECF No. 324; Plea Agreement, ECF No. 326; Arraignment & Plea, ECF No. 339; Preliminary Order of Forfeiture, ECF No. 343.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $45,900 complies with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Jose Alfredo Ayala-Flores, aka "Blackie," the in personam criminal forfeiture money judgment of $45,900, not to be held jointly and severally liable

1  with any codefendants and the collected money judgment amount between the

2  codefendants is not to exceed $66,120 to ensure the government does not collect more than

3  the forfeitable amount based on the forfeiture statutes under Fed. R. Crim. P. 32.2(b)(4)(A)

4  and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1); 21

5  U.S.C. § 853(a)(2); 21 U.S.C. § 853(p); and 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c).

6       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

7  copies of this Order to all counsel of record and three certified copies to the United States

8  Attorney's Office, Attention Asset Forfeiture Unit.

9       DATED _____11 / 3_____, 2023.

10

11

12                              _____
                                RICHARD F. BOULWARE, II
                                UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28